

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00374-CV

**IN RE J.M.W.**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
Velia J. Meza, Justice

Delivered and Filed: June 11, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EMERGENCY RELIEF DENIED AS MOOT

This is the third of three petitions for writ of mandamus that relator, J.M.W., has filed concerning a motion to transfer that she has filed in the underlying suit affecting the parent-child relationship. This is the third time that relator has failed to redact and use an alias for the name of a minor and the minor's parents and other family members in violation of Rule 9.8 of the Texas Rules of Appellate Procedure and Rule 4.2 of this court's Local Rules. *See* TEX. R. APP. P. 9.8; 4TH TEX. APP. (San Antonio) LOC. R. 4.2 (2025).

---

[1]This proceeding arises out of Cause No. 2023-EM5-03094, styled *In the Interest of C.W.W., a Child*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.

Having considered the petition, motion, and accompanying record, this court has concluded that relator has not established that she is entitled to the relief requested. The petition for writ of mandamus is denied. The motion for emergency relief is denied as moot. Further, the court strikes the petition for writ of mandamus, the "Notice of Supplemental Facts", the emergency motion for temporary relief, and the motion to expedite consideration for violating Texas Rule of Appellate Procedure 52.8 and Local Rule 4.2. *See* TEX. R. APP. P. 9.8; 4TH TEX. APP. (San Antonio) LOC. R. 4.2 (2025).

PER CURIAM